# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MELISSA WHEELER**,

    *Plaintiff*,

    v.                               Case No: 8:25-cv-03307-MSS-LSG

**EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CREDIT ADJUSTERS, LLC, and TRANS UNION LLC**,

    *Defendants*.

_____/

## NOTICE OF SCHEDULED MEDIATION

Counsel for the remaining parties have conferred and agreed to a mediation conference to be held before Gregory Holder on:

DATE:          Wednesday, June 10, 2026

TIME:          9:30 A.M. (Full Day)

LOCATION:    Miles Mediation & Arbitration
                     5401 West Kennedy Blvd.
                     Suite 170
                     Tampa, FL 33609

Respectfully submitted on February 4, 2026, by:

**SERAPH LEGAL, P. A.**

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
MRosenberg@SeraphLegal.com
3505 East Frontage Road, Suite 145
Tampa, FL 33607
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to counsel for all parties.

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213